# UNITED STATES DISTRICT COURT
for the

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
)
2019 Dodge Grand Caravan )
NM Plate 224WZO )
VIN 2C4RDGEQ4KR764985 )

Case No. **23mr899**

## SEARCH AND SEIZURE WARRANT ON ORAL TESTIMONY

To: Any authorized law enforcement officer

I have received, and recorded electronically or by handwriting, sworn testimony communicated to me by *(name the officer)* SA Mark Spencer, who requests the search of the following person or property located in the _____ District of New Mexico *(identify the person or describe the property to be searched and give its location)*:

2019 Dodge Grand Caravan    location: MM 2½, RTE 11, Pinedale, NM 87311
NM plate 224WZO
VIN 2C4RDGEQ4KR764985

I am satisfied that circumstances make it reasonable to dispense with a written affidavit and that the testimony establishes probable cause to search and seize the person or property, described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Event Data Records (EDR)

**YOU ARE COMMANDED** to execute this warrant on or before 4/14/2023 *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to B. Paul Briones.
*(United States Magistrate Judge)*

☒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☒ for 14 days *(not to exceed 30)*.  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 4/14/2023  4:37 PM         B Paul Briones
                                                  *Judge's signature*

City and state: Farmington, NM              B Paul Briones, Magistrate Judge
                                              *Printed name and title*

I certify that the judge named above authorized me to sign his or her name.

SA Mark Spencer
*Applicant's printed name*                               *Applicant's signature*

AO 93A (Rev. 11/13) Search and Seizure Warrant on Oral Testimony (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 4/14/2023 5:40 PM | Copy of warrant and inventory left with: Vehicle |
| Inventory made in the presence of : NPO Donovan Bricente | | |

Inventory of the property taken and name of person(s) seized:

Event Data Records (EDR)

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/14/2023

*Executing officer's signature*

SA Mark Spencer
*Printed name and title*